UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:05-cr-113-FtM-33SPC

JORDAN PETERSON
_____/

**FINAL JUDGMENT OF FORFEITURE**

This matter comes before the Court pursuant to the motion of the United States for issuance of a Final Judgment of Forfeiture (Doc. # 51), which was filed April 3, 2009. The Government seeks an order forfeiting the Defendant Jordan Peterson's interest in the following to the United States pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(c)(2):

    a. One generic computer tower with hard drive; and
    b. Miscellaneous compact diskettes containing images of child pornography or child erotica.

For the reasons that follow, the Government's motion is due to be granted.

**I. Background**

On November 9, 2005, Defendant was charged with possession of materials involving and depicting minors engaged in sexually explicit conduct in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2). (Doc. # 1). The indictment

contained appropriate forfeiture language pursuant to 18 U.S.C. § 2253 and other pertinent statutes. (Doc. # 1 at 1-3).

On January 25, 2006, Defendant entered his plea of guilty to the sole count of the indictment before United States Magistrate Judge Sheri Polster Chappell. (Doc. # 24). On January 26, 2006, this Court accepted Defendant's guilty plea. (Doc. # 26). On April 27, 2006, this Court sentenced Defendant to 87 months of imprisonment and a lifetime of supervised release. (Doc. # 30). This Court issued its Judgment in a Criminal Case on May 3, 2006, and the Judgment ordered that Defendant "forfeit to the United States those assets (computer equipment and storage media) previously identified in the Indictment and Notice of Penalties, Elements, and Facts that are subject to forfeiture." (Doc. # 33 at 6). On April 28, 2006, this Court entered its Preliminary Order of Forfeiture (Doc. # 32) as to the aforementioned computer equipment and materials. On April 27, 2007, the Eleventh Circuit affirmed Defendant's sentence. (Doc. # 49).

**II. <u>Forfeiture Analysis</u>**

Notice of Forfeiture was published on June 15, June 22, and June 29, 2006, in the <u>News-Press</u>, a newspaper of general circulation in Lee County, Florida. A Notice of Forfeiture

2

was published on those same dates in the Charlotte Sun, a newspaper of general circulation in Charlotte County, Florida. (Doc. ## 45 and 46).

Pursuant to 18 U.S.C. § 2253(a), Defendant shall forfeit:

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; and
(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

18 U.S.C. § 2253(a).

Accordingly, after due consideration, with no claims having been filed as to the property, and upon finding that the time to file claims has expired, it is hereby

**ORDERED, ADJUDGED, and DECREED:**

(1) The motion of the United States for issuance of a Final Judgment of Forfeiture (Doc. # 51) is **GRANTED.**

(2) The following computer equipment, materials and items be, and hereby are, forfeited to the United States of America pursuant to 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2(c)(2):

    a. One generic computer tower with hard drive; and

b. Miscellaneous compact diskettes containing images of child pornography or child erotica.

(3) The United States Marshals Service shall make appropriate disposition of the forfeited items in accordance with the law.

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>6th</u> day of April, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
U.S. Marshals Service